# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | CASE NO. 1:06-CV-01613 OWW SMS P |
| Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |
| v. | (Doc. 1) |
| CALIFORNIA CORRECTIONAL INSTITUTION BUILDING A-4A-4, et al., | |
| Defendants. | |

Plaintiff Willie Weaver ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 16, 2006, but has not paid the $350.00 filing fee.[1]

On October 24, 2006, the District Court issued an Order dismissing Plaintiff's action in Case No. CV F 06-1429-AWI-LJO-P and deeming Plaintiff three strikes under Section 1915(g). As a result, Plaintiff is required to either pay the filing fee in full upon initiating an action or he must allege facts of imminent danger or serious injury.

---

[1] Absent a showing of imminent danger of serious physical injury, plaintiff is ineligible to proceed in forma pauperis in this action because he has had at least three previous actions dismissed for failure to state a claim, frivolousness, or maliciousness. 28 U.S.C. § 1915(g). The Court takes judicial notice of case numbers Weaver v. Mailroom Staff, CV F 06-1429 wherein the District Court deemed Plaintiff three strikes under Section 1915(g).

1

1  To date, Plaintiff has not paid the filing fee and the facts in the instant Complaint do not
2  indicate that Plaintiff is in imminent danger of serious injury.  Accordingly, the Court HEREBY
3  ORDERS that the instant action be DISMISSED for Plaintiff's failure to pay the filing fee. Local
4  Rule 11-110.
5  IT IS SO ORDERED.
6  **Dated:   April 19, 2007**               **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE